

County of Onondaga
# Department of Law
John H. Mulroy Civic Center, 10th Floor
421 Montgomery Street, Syracuse, New York 13202
Phone: (315) 435-2170
Fax: (315) 435-5729
**onondaga.gov**

**J. Ryan McMahon, II**
*County Executive*

**Robert A. Durr**
*County Attorney*

June 26, 2026

**VIA CM/ECF**
Hon. Mitchell J. Katz
U.S. Magistrate Judge
James M. Hanley Federal Building and U.S. Courthouse
100 S. Clinton Street
Syracuse, New York 13261

> **Re:    Sorrento v. County of Onondaga, et al.**
> **Case No. 5:25-CV-00478**

Dear Judge Katz:

I represent the County Defendants in the above-captioned matter. I am writing to respectfully request a 90-day extension of the case deadlines set forth in the Pretrial Scheduling Order. The parties have rescheduled mediation twice due to incomplete paper discovery, and no depositions have been conducted to date. I conferred with Ms. Bosman's office regarding this request, and she has consented to an extension of the existing deadlines.

Thank you for your consideration of this request.

Respectfully submitted,

Michelle K. DeKay

cc:  All CM/ECF recipients